STATE v. ROUSE

No. 120A92-2

Case below: Randolph County Superior Court

Petition by defendant for writ of certiorari allowed 8 July 1998 for the limited purpose of remanding this case to the Superior Court, Randolph County, for reconsideration of defendant's motion for appropriate relief in light of this Court's opinion in *State v. McHone*, 348 N.C. 254 and *State v. Bates*, 348 N.C. 29.

STATE v. STINNETT

No. 177P98

Case below: 129 N.C.App. 192

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 July 1998. Motion by Attorney General to dismiss appeal allowed 8 July 1998.

STATE v. SWINDLER

No. 161A98

Case below: 129 N.C.App. 1

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 July 1998.

STATE v. WHITE

No. 154A98

Case below: 129 N.C.App. 52

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 8 July 1998.